# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Jeremy Hanson v. 3M Company, et al.<br><br>Docket No.: 7:21-cv-15345-MCR-GRJ | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Jeremy Hanson, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court for the Western Dist of TX- Fort Hood Div., absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Date: February 8, 2022

Respectfully Submitted,

**NABERS LAW FIRM, PLLC**

*/s/ Scott Nabers*

Scott Nabers
Katerina Dimitrakakos
3737 Buffalo Speedway, Suite 1850
Houston, TX 77098
Telephone: 713-422-1200
snabers@naberslaw.com
kathy@naberslaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on February 8, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/*J. Scott Nabers*
J. Scott Nabers